JAMERSON C. ALLEN (SBN 132866)
JOHN M. COWDEN (SBN 224963)
TOMMIE R. POLLARD (SBN 217900)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
*Allenj@jacksonlewis.com*

Attorneys for Defendant
STRUCTURE CONSULTING GROUP LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATIA DOEBBLER,<br><br>        Plaintiff,<br><br>vs.<br><br>STRUCTURE CONSULTING GROUP, LLC, and DOES 1-20,<br><br>        Defendants. | Case No. C 05 4857 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO SERVE INITIAL DISCLOSURES** |

    STRUCTURE CONSULTING GROUP ("Defendant") and KATIA DOEBBLER ("Plaintiff"), through their respective attorneys of record, hereby stipulate as follows:

    1.    The parties are currently required to serve their respective initial disclosures on or before March 15, 2006 pursuant to the initial Case Management Order.

    2.    Plaintiff needs additional time, until March 22, 2006, to fully prepare her initial disclosures. Defendant has no objection to a mutual extension of time by which the parties must serve their respective initial disclosures.

    3.    The parties agree that continuing the deadline to serve their initial disclosures shall not in any way alter any of the other deadlines set in the Case Management Order.

    4.    Plaintiff and Defendant, therefore, respectfully request the Court to extend the deadline by which the parties are required to serve their initial disclosures, to March 22, 2006.

1  Respectfully submitted,

2  DATED: March 15, 2006                JACKSON LEWIS LLP

3

4                                       By:    /s/ Jamerson C. Allen
                                               Jamerson C. Allen
5                                              Attorneys for Defendant
                                               STRUCTURE CONSULTING GROUP LLC
6

7

8  DATED: March 14, 2006                LAW OFFICES OF TANIA ROSE

9

10                                      By:    /s/ Tania Rose
                                               Tania Rose
11                                             Attorneys for Plaintiff
                                               KATIA DOEBBLER
12

13  **PURSUANT TO STIPULATION, IT IS ORDERED THAT:**

14

15      1.    The parties shall have up to and including March 22, 2006 to serve their initial

16  disclosures; and

17      2.    All other deadlines imposed by the Case Management Orders shall remain in

18  effect.

19

20  Dated: March 16, 2006

21                                      CHARLES R. BREYER
                                        UNITED STATES DISTRICT JUDGE
22

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*