| | |
|---|---|
| 1 | LAW OFFICE OF TANIA ROSE |
| | TANIA ROSE (SBN 151514) |
| 2 | 180 Montgomery, Suite 940 |
| | San Francisco, California 94104 |
| 3 | Telephone:   (415) 986-1338 |
| | Facsimile:   (415) 986-1231 |
| 4 | |
| | Attorney-in-Charge for Plaintiff |
| 5 | KATIA DOEBBLER |
| 6 | JAMERSON C. ALLEN (SBN 132866) |
| | JOHN M. COWDEN (SBN 224963) |
| 7 | JACKSON LEWIS LLP |
| | 199 Fremont Street, 10th Floor |
| 8 | San Francisco, California 94105 |
| | Telephone: (415) 394-9400 |
| 9 | Facsimile: (415) 394-9401 |
| | *Allenj@jacksonlewis.com* |
| 10 | |
| | Attorneys for Defendant |
| 11 | STRUCTURE CONSULTING GROUP LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATIA DOEBBLER, | Case No. C 05 4857 CRB |
| Plaintiff, | [~~PROPOSED~~] ORDER CONTINUING JUNE 30, 2006 CASE MANAGEMENT CONFERENCE |
| vs. | |
| STRUCTURE CONSULTING GROUP, LLC, and DOES 1-20, | |
| Defendants. | |

Plaintiff Katia Doebbler and defendant Structure Consulting Group LLC, through their respective attorneys of record, hereby agree and stipulate as follows:

1. This case is currently scheduled for a case management conference on June 30, 2006. For the following reasons, the parties apply to this court for a stipulated order that the case management conference be continued 75 days until on or about September 15, 2006, or as soon therafter as the Court's calendar permits.

2. Although in a March 31, 2006 case management conference, this court ordered the case to Early Neutral Evaluation, the parties did not receive notice of appointment of the Early

1

Neutral Evaluator until on or about June 5, 2006. The Evaluator, Cecily Waterman, has not yet called parties to arrange scheduling of the date of the Early Neutral Evaluation. Continuing the Further Case Management Conference for 75 days will allow the parties sufficient time to complete the ENE process and any settlement discussions which may arise during or as a result of the ENE session.

      3.    Further, plaintiff's counsel Tania Rose will be in Israel and France from June 14 through July 6. While the date for the travel was scheduled after the scheduling of the case managment conference, the Israel portion of the trip involves a family trip with eleven family members going in honor of the retirement of the family patriarch from the Rabbinate, and plaintiff's counsel had little say as to what was best or covenient for her.

Having considered the Joint Application and Stipulation to Continue June 30, 2006 Case Management Conference, and good cause appearing, the Court hereby continues the Case Management Conference to September 15, 2006.

    IT IS SO ORDERED.


Dated: June __14__, 2006



_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE