1  LAW OFFICE OF TANIA ROSE
   TANIA ROSE (SB# 151514)
2  180 Montgomery
   Suite 940
3  San Francisco, California  94104
   Telephone:     (415) 986-1338
4  Facsimile:     (415) 986-1231

5  Attorney-in-Charge for Plaintiff
   KATIA DOEBBLER
6

   JAMERSON C. ALLEN (SBN 132866)
7  JANET H. LEADER (SBN 139885)
   JACKSON LEWIS LLP
8  199 Fremont Street, 10th Floor
   San Francisco, California  94105
9  Telephone:  (415) 394-9400
   Facsimile:  (415) 394-9401
10 *Allenj@jacksonlewis.com*
   *leaderj@jacksonlewis.com*
11
   Attorneys for Defendant
12 STRUCTURE CONSULTING GROUP LLC

13                 UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15

16 | KATIA DOEBBLER,                              | Case No.  C 05 4857 CRB |
17 |                Plaintiff,                    | JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE JANUARY 5, 2007 CASE MANAGEMENT CONFERENCE; |
18 | vs.                                          | |
19 | STRUCTURE CONSULTING GROUP, LLC, and DOES 1-20, | Local Rule 6-2 |
20 |                Defendants.                   | |

22        Plaintiff Katia Doebbler and defendant Structure Consulting Group LLC, through their

23 respective attorneys of record, pursuant to Local Rule 6-2 hereby agree and stipulate as follows:

24        1.      This case is currently scheduled for a case management conference on January 5,

25 2007. For the following reasons, the parties apply to this court for a stipulated order that the case

26 management conference be continued 35 days until on or about February 9, 2006, or as soon

27 therafter as the Court's calendar permits.

28 ///

                                                  1

2. The parties are currently scheduled to participate in a mediation on January 23, 2007, before the Hon. Raul Ramirez. Given the upcoming mediation, the parties request that the court continue the January 5, 2007 case management conference, to February 9, 2007, in order to allow the parties sufficient time to complete the mediation and any settlement discussions which may arise during or as a result of the mediation.

SO STIPULATED AND AGREED.

DATED: December 19, 2006                LAW OFFICES OF TANIA ROSE


                                        /s/ *Tania Rose*
                                        Tania Rose
                                        Attorney for Plaintiff
                                        Katrina Doebbler


DATED: December 19, 2006                JACKSON LEWIS LLP


                                        /s/ *Jamerson C. Allen*
                                        Jamerson C. Allen
                                        Attorneys for Defendant
                                        STRUCTURE CONSULTING GROUP LLC


PURSUANT TO STIPULATION, IT IS SO ORDERED:


DATED:   December 20  , 2006

                                        _____
                                        United S[tates]
                                        IT IS SO ORDERED
                                        Judge Charles R. Breyer

2