```
 1  DEMETRIOS ANAIPAKOS (SBN 00793258)
    JOSEPH Y. AHMAD (SBN 00941100)
 2  AHMAD, ZAVITSANOS & ANAIPAKOS, P.C.
    3460 One Houston Center
 3  1221 McKinney
    Houston, Texas 77010
 4  Telephone:    (713) 655-1101
    Telecopier:   (713) 655-0062
 5
    Attorneys for Plaintiff
 6  KATIA DOEBBLER

 7  JAMERSON C. ALLEN (SBN 132866)
    JANET H. LEADER (SBN 139885)
 8  JACKSON LEWIS LLP
    199 Fremont Street, 10th Floor
 9  San Francisco, California  94105
    Telephone:  (415) 394-9400
10  Facsimile:  (415) 394-9401
    Allenj@jacksonlewis.com
11  leaderj@jacksonlewis.com

12  Attorneys for Defendant
    STRUCTURE CONSULTING GROUP LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATIA DOEBBLER,<br><br>    Plaintiff,<br><br>vs.<br><br>STRUCTURE CONSULTING GROUP, LLC, and DOES 1-20,<br><br>    Defendants. | Case No.  C 05 4857 CRB<br><br>**JOINT STIPULATION AND (PROPOSED) ORDER TO CONTINUE MARCH 21, 2007 CASE MANAGEMENT CONFERENCE**<br><br>**Local Rule 6-2** |

Plaintiff KATIA DOEBBLER and Defendant STRUCTURE CONSULTING GROUP LLC, through their respective attorneys of record, pursuant to Local Rule 6-2 hereby agree and stipulate as follows:

1.  This case is currently scheduled for a Further Case Management Conference on March 21, 2007. For the following reasons, the parties apply to this Court for a stipulated order

1

1  that the Further Case Management Conference be continued.

2.      <u>Plaintiff requests</u> a continuance of <u>30</u> days until on or about Friday, April 20, 2007, or as soon thereafter as the Court's calendar permits.  <u>Defendant requests</u> a continuance of <u>60</u> days until on or about Friday, May 18, 2007, as the parties have not yet obtained a scheduled date for the mediation or determined the availability of Judge Ramirez as of this date.

2.      The parties have agreed to a second day of mediation with the Honorable Judge Raul Ramirez and plan to schedule this mediation within the next 30 days.  Therefore, the parties jointly request a continuance of the Further Case Management Conference.

SO STIPULATED AND AGREED.

Dated: March 20, 2007

AHMAD, ZAVITSANOS & ANAIPAKOS, P.C.

    /s/ Demetrios Anaipakos

Dated: March 20, 2007

JACKSON LEWIS LLP

    /s/ Jamerson C. Allen

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED:  March 20, 2007

_____
United States District Judge
Charles R. Breyer



2

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CMC                                    Case No. C05-4857 CRB