1  DEMETRIOS ANAIPAKOS (SBN 00793258)
   JOSEPH Y. AHMAD (SBN 00941100)
2  AHMAD, ZAVITSANOS & ANAIPAKOS, P.C.
   3460 One Houston Center
3  1221 McKinney
   Houston, Texas 77010
4  Telephone:     (713) 655-1101
   Telecopier:    (713) 655-0062
5
   Attorneys for Plaintiff
6  KATIA DOEBBLER

7  JAMERSON C. ALLEN (SBN 132866)
   JANET H. LEADER (SBN 139885)
8  JACKSON LEWIS LLP
   199 Fremont Street, 10th Floor
9  San Francisco, California 94105
   Telephone: (415) 394-9400
10 Facsimile: (415) 394-9401
   *Allenj@jacksonlewis.com*
11 *leaderj@jacksonlewis.com*

12 Attorneys for Defendant
   STRUCTURE CONSULTING GROUP LLC

13                UNITED STATES DISTRICT COURT

14             NORTHERN DISTRICT OF CALIFORNIA

15

16 KATIA DOEBBLER,                    | Case No.  C 05 4857 CRB

17              Plaintiff,            | **JOINT STIPULATION AND**
                                       **(PROPOSED) ORDER TO CONTINUE**
18 vs.                                | **APRIL 27, 2007 CASE MANAGEMENT**
                                       **CONFERENCE**
19 STRUCTURE CONSULTING GROUP, LLC,   |
   and DOES 1-20,                     | **Local Rule 6-2**
20
21              Defendants.

22

23        Plaintiff KATIA DOEBBLER and Defendant STRUCTURE CONSULTING GROUP

24 LLC, through their respective attorneys of record, pursuant to Local Rule 6-2 hereby agree and

25 stipulate as follows:

26        1.     This case is currently scheduled for a Further Case Management Conference on

27 April 27, 2007. For the following reasons, the parties apply to this Court for a stipulated order

28
                                        1

1    that the Further Case Management Conference be continued to May 18, 2007.

2        2.    The parties have agreed to attend a second day of mediation before the Honorable

3    Judge Raul Ramirez (Retired) on May 17, 2007, which was the first available date for the parties

4    and the mediator.   Therefore, the parties jointly request a continuance of the Further Case

5    

6    Management Conference to May 18, 2007.

7    SO STIPULATED AND AGREED.

8    

9    Dated: April 25, 2007
                             AHMAD, ZAVITSANOS & ANAIPAKOS, P.C.

10   

11                                /s/ Demetrios Anaipakos

12   Dated: April 25, 2007
                             JACKSON LEWIS LLP

13                                /s/ Jamerson C. Allen

14   

15   

16                              **<u>ORDER</u>**

17   PURSUANT TO STIPULATION, IT IS ORDERED that the Further Case Management

18   Conference currently scheduled for April 27, 2007, is continued to May 18, 2007, at 8:30 a.m.,

19   in this Department.

20   

21   

22   DATED:  April __26__, 2007

23   

24                           United States District Court Judge
                             Charles R. Breyer

25                           IT IS SO ORDERED

26   

27                           Judge Charles R. Breyer

28   

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CMC                    Case No. C05-4857 CRB