| | |
|---|---|
| 1 | JAMERSON C. ALLEN (State Bar No. 132866) |
| 2 | JANET H. LEADER (State Bar No. 139885) |
|   | JACKSON LEWIS LLP |
| 3 | 199 Fremont Street, 10th Floor |
|   | San Francisco, CA  94105 |
| 4 | Telephone    415.394.9400 |
|   | Facsimile:    415.394.9401 |

Attorneys for Defendant
STRUCTURE CONSULTING GROUP

JOSEPH AHMAD
AHMAD, ZAVITSANOS & ANAIPAKOS, P.C.
3460 One Houston Center
1221 McKinney Street
Houston, Texas  77010
Telephone:    713.655.1101
Facsimile:    713.655.0062

Attorneys for Plaintiff
KATIA DOEBBLER

TANIA ROSE
LAW OFFICE OF TANIA ROSE
180 Montgomery Street, Suite 940
San Francisco, CA  94104
Telephone:    415.986.1338, x152
Facsimile:    415.986.1231

Attorneys for Plaintiff
KATIA DOEBBLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATIA DOEBBLER, | Case No. C 05 4857 CRB |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| STRUCTURE CONSULTING GROUP, LLC and DOES 1-20, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: June 14, 2007				JACKSON LEWIS LLP


						By_____/s/_____
						Jamerson C. Allen
						Attorneys for Defendant
						STRUCTURE CONSULTING GROUP


Dated: June 13, 2007				LAW OFFICES OF ALAN ADELMAN


						By_____/s/_____
						Joseph Ahmad
						Attorneys for Plaintiff
						KATIA DOEBBLER


Dated: June 14, 2007				LAW OFFICE OF TANIA ROSE


						By:_____/s/_____
						Tania Rose
						Attorneys for Plaintiff
						KATIA DOEBBLER


						June 18, 2007

**IT IS SO ORDERED**
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA